# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OSVALDO RAMIREZ-BARRAZA,<br><br>　　　　　Defendant. | CASE NO. 12CR682-H<br><br>**JUDGMENT OF DISMISSAL** |

Filed stamp: 2012 APR -2 AM 8:20

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_x_** of the offense(s) as charged in the Indictment/Information:

　　8:1326(a) and (b) - Deported Alien Found in the United States (Felony)

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/28/12

　　　　　　　　　　　　　　　　　　　　　　_/s/ Bernard G. Skomal_
　　　　　　　　　　　　　　　　　　　　　　Bernard G. Skomal
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge